Timothy C. Williams, Esq. SBN 128520
D. Alexander Floum, Esq., SBN 152287
Daphne D. Golliher, Esq., SBN 122884
Hillary Johns, Esq., SBN 167944
LAW OFFICES OF TIMOTHY C. WILLIAMS
1850 Mt. Diablo Boulevard, Suite 340
Walnut Creek, California 94596
Telephone: (925) 933-9800

Attorneys for Plaintiff, BADGER TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BADGER TECHNOLOGY, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> APPLIED INNOVATION, INC., a Delaware corporation, <br><br> Defendants. | CASE NO: C-04-4568 <br><br> STIPULATION FOR DISMISSAL <br><br> ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned proceeding be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS HEREBY FURTHER STIPULATED by and between the parties to this action through their designated counsel that each party hereto shall bear its own costs and attorneys fees in regards to the above-

///

///

650.02/B/09

1

STIPULATION FOR DISMISSAL

captioned proceeding.

LAW OFFICES OF TIMOTHY C. WILLIAMS

Dated: July 28, 2005

D. Alexander Floum, Esq.
Attorneys for Plaintiff, BADGER TECHNOLOGY, INC., a California corporation

PORTER, WRIGHT, MORRIS & ARTHUR LLP

Dated: July 28, 2005

David S. Bloomfield, Jr., Esq.
Attorneys for Defendant, APPLIED INNOVATION INC., a Delaware corporation

IT IS SO ORDERED.

Dated: August 23, 2005

HON. EDWARD M. CHEN
UNITED STATES

*Judge Edward M. Chen*